**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00164-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

JUAN VIANEZ,

    Plaintiff,

v.

STATE OF COLORADO, and
MR. HICKENLOOPER,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff, Juan Vianez, initiated this action by filing a pleading titled, "Oral Hearing (A) (Z) Demand $10,000 Summon's [sic]/Venire Facias," in which he appears to seeks money damages for his false imprisonment. Plaintiff asserts he is filing this action pursuant to 42 U.S.C. § 1983.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)    _X_    is not submitted

(2)  ___  is missing affidavit
(3)  _X_  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  _X_  is missing authorization to calculate and disburse filing fee payments
(5)  ___  the account statement showing the current balance in Applicant's prison account is not certified
(6)  ___  is missing required financial information
(7)  ___  is missing an original signature by the prisoner
(8)  ___  is not on proper form (must use the Court's current form)
(9)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(10) ___  An original and a copy have not been received by the court. Only an original has been received.
(11) ___  other:

**Complaint, Petition or Application**:

(12) ___  is not submitted
(13) _X_  is not on proper form (must use the Court's current form)
(14) ___  is missing an original signature by the prisoner
(15) ___  is missing page nos. ___
(16) ___  uses et al. instead of listing all parties in caption
(17) ___  names in caption do not match names in text
(18) ___  other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved form used in filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at  www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED January 21, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge